IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY SLY,
    Plaintiff,

vs.                CASE NO.: 5:05cv242/MCR/MD

DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
_____/

O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 31, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed without prejudice for plaintiff's failure to comply with an order of the court.

    DONE AND ORDERED this 6th day of July, 2006.

                          s/ *M. Casey Rodgers*
                          M. CASEY RODGERS
                          UNITED STATES DISTRICT JUDGE